EDGAR J. CUSHMAN and MABEL O. CUSHMAN, as Administrators, etc., of ADDIE LULA CUSHMAN, Deceased, Respondents, v. TOWN OF ELLISBURG, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM GOETTEL and JOHN THEIS, Appellants, v. BERNHARDT MAURER and CATHERINE S. MAURER, LONG BRANCH AMUSEMENT CORPORATION and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES A. WHEELER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN A. SCHUELER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and EMANUEL BUSH, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Final Judicial Settlement of the Account of BASIL ROBILLARD, as Temporary Administrator, etc., of MARTHA H. BEEMAN, Deceased, of the Proceedings of Said MARTHA H. BEEMAN, as Executrix, etc., of MARCUS M. BEEMAN, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JESSIE SCHUBERT, Respondent, v. AUGUST SCHUBERT WAGON COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, upon the ground that permission to appeal is not necessary. (See *Markiewicz* v. *Thompson*, 246 N. Y. 235.) Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HERBERT L. SMITH, Respondent, v. GERALD B. DIEM and HENRY C. WANNE-MACHER, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

SAMUEL CODDINGTON IRVIN and Another, Respondents, v. CITIZENS TRUST COMPANY and CHARLES H. C. MARTIN, as Administrators, etc., of MARY S. CODDINGTON, Deceased, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

IRVING L. W. SAPERSTON, Respondent, v. HERMAN L. PETERS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of the CITY OF NIAGARA FALLS for the Acquisition of Land for Street Purposes and to Provide a Natural Slope in Connection with the Construction of an Underground Crossing in Main Street in Said City.— Motion to amend order entered May 9, 1928, granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.